JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Jerome L. Grimes,<br><br>                              Plaintiff,<br><br>          v.<br><br>Armada Transport, Inc.,<br><br>                              Defendant. | Case No. EDCV 25-2120 JGB (SSCx)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order granting Defendant's Motion for Summary Judgment, **IT IS HEREBY ORDERED** that judgment is **ENTERED** in favor of Defendant against Plaintiff.  (JS-6)

**IT IS SO ORDERED.**

Dated: January 7, 2026

THE HONORABLE JESUS G. BERNAL
United States District Judge